# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEXANDER BAYONNE STROSS, an individual, | Case No. 2:21-cv-01181 JVS (AFMx) Hon. James V. Selna |
| Plaintiff | **JUDGMENT** |
| v. | Date:        September 13, 2021<br>Time:        1:30 p.m.<br>Courtroom:   10C |
| NEXT LUXURY LLC, a Wyoming limited liability company; NEXTLUXURYDOTCOM LLC, a Wyoming limited liability company; BRIAN CORNWELL, and individual; and DOES 1-10, inclusive, | Complaint filed: February 9, 2021 |
| Defendants. | |

**JUDGMENT**

Upon considering Plaintiff Alexander Bayonne Stross's motion for default judgment against Defendant Brian Cornwell, all documents filed in support thereof, and the arguments of counsel at the hearing; and it appearing that good cause exists to grant Plaintiff's motion;

**IT IS HEREBY ORDERED** that default judgment be entered in favor of Plaintiff Alexander Bayonne Stross and against Defendant Brian Cornwell, for, among other things, Defendant Brian Cornwell's failure to appear or otherwise defend in this action.

**IT IS FURTHER ORDERED** that judgment be entered in favor of Plaintiff Alexander Bayonne Stross in the total amount of $463,790.17, representing $450,000.00 in statutory damages, $12,600.00 in reasonable attorneys' fees and $1,190.17 for costs of suit.

Dated: September 27, 2021

_____
James V. Selna
United States District Judge

2
**JUDGMENT**