**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   CV 21-01181JVS(AFMx)                    Date: February 24, 2022

Title: Alexander Bayonne Stross v NextLuxuryDotCom LLC.

Present   JAMES V. SELNA, United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                           Attorneys for Defendant

Not Present                                       Not Present

Proceedings:      ☐ In Court      X In Chambers      ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on docket entry #66 on 2/3/22. Make JS-6.

☐   Case settled but may be reopened if settlement is not finalized within     days.  Make JS-6.

☐   Other:                      .

☐   Entered                      .

CV-74 (08/97)                                     Initials by Deputy Clerk     lmb