**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEXANDER BAYONNE STROSS, an individual, | Case No. 2:21-cv-01181 JVS (AFMx) Hon. James V. Selna |
| Plaintiff | **JUDGMENT** |
| v. | Complaint filed: February 9, 2021 |
| NEXT LUXURY LLC, a Wyoming limited liability company; NEXTLUXURYDOTCOM LLC, a Wyoming limited liability company; BRIAN CORNWELL, and individual; and DOES 1-10, inclusive, | |
| Defendants. | |

**JUDGMENT**

Pursuant to this Court's Order Regarding Damages and Attorneys' Fees dated February 3, 2022, upon considering the additional briefs of Plaintiff Alexander Bayonne Stross and Defendant Brian Cornwell with respect to damages, all documents filed in support thereof; and it appearing that good cause exists to grant Plaintiff's request;

**IT IS HEREBY ORDERED** that judgment be entered in favor of Plaintiff Alexander Bayonne Stross and against Defendant Brian Cornwell for copyright infringement.

**IT IS FURTHER ORDERED** that judgment be entered in favor of Plaintiff Alexander Bayonne Stross and against Defendant Brian Cornwell in the total amount of $42,452.37, representing $15,000.00 in statutory damages and $27,452.37 in reasonable attorneys' fees and costs.

Dated: March 7, 2022

_____
James V. Selna
United States District Judge